# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| _____Plaintiff, | ) | **ORDER OF DETENTION PENDING** |
| | ) | **FURTHER ORDER OF COURT** |
| vs. | ) | |
| | ) | |
| Chandler Wayne Dwarf | ) | Case No.: 1:07cr-044 |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court held an arraignment/detention hearing in the above matter on June 14, 2007. Upon stipulation of the parties, the court will detain the defendant subject to further order of the court in terms of placement of the defendant at an appropriate halfway house facility once space becomes available.

Also, the defendant shall have the option of presenting to the court a suitable third-party custody arrangement. If such a placement cannot be agreed to by the parties, the court will hold an additional hearing to resolve the matter.

Based on the foregoing, it is **ORDERED** that the defendant be continued to be detained pending further order of the court.

Dated this 14th day of June, 2007.

/s/_____
Charles S. Miller, Jr.
United States Magistrate Judge